UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA TEJADA,

                Plaintiff,

-against-

TARGET CORPORATION et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2024

1:23-cv-6450 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter from Defendant Target Corporation, writing on behalf of all counsel, informing the Court that all parties reached a settlement in principle with the assistance of the mediator [ECF No. 17]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by March 29, 2024. If no such application is made by that date, today's dismissal is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: January 30, 2024**
      **New York, NY**

                                    */s/ Mary Kay Vyskocil*
                                    **MARY KAY VYSKOCIL**
                                    **United States District Judge**